NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SAMUEL JOSEPH MATECHUK<br>MITCHELL S. LEBLANC<br>DANIEL J. KNEITEL<br>KURTIS R. CROY &<br>KYLE MCDONALD-WOLOCHATIUK,<br><br>　　　　　Defendants. | ) No. 3:06-cr-00041-RRB-JDR<br>)<br>) **STATUS REPORT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　COMES NOW, the United States of America, by and through counsel, and

responds to the Court's order requesting a status report on the above-referenced

defendants, filed at docket 510.  The defendants are foreign nationals that are currently residing outside of the United States; as such, they are not subject to ordinary legal process.  The United States is planning to proceed with extradition of some, if not all, of these individuals.  However, the arrest warrants should remain in effect in the event that any of the above-captioned individuals enters the United States.

    RESPECTFULLY SUBMITTED, this 8th day of August, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


s/Frank V. Russo
Assistant U.S. Attorney
222 West Seventh Ave, #9, Rm. 253
Anchorage, Alaska  99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: frank.russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on August 8, 2007, via ECF:

| | |
|---|---|
| **Michael Filipovic**<br>(Counsel for ▲Thomas P. Ranes, Def. 1 )<br>Federal Public Defender<br>1601 Fifth Avenue, Suite 700<br>Seattle, WA 98101<br>Tel: 206/553-1100<br>Fax: 206/553-0120 | **Michael Dieni**<br>**Kevin McCoy**<br>(Counsel for ▲ Nopenon Dennis Shine, Def. 2)<br>601 W. 5th Ave., Suite 800<br>Anchorage, AK 99501<br>Tel: 646-3400<br>Fax: 646-3480 |
| **Phillip P. Weidner**<br>(Counsel for ▲ Dylan N. Bales, Def. 3)<br>330 L St., Suite 200<br>Anchorage, AK 99501<br>Tel: 276-1200<br>Fax: 278-6571 | **William D. English**<br>(Counsel for ▲ Curtis McDonald, Def. 4)<br>310 K St., Ste. 200<br>Anchorage, AK 99501<br>Tele: 264-6722<br>Fax: 277-0712 |
| **Rex Lamont Butler**<br>(Counsel for ▲ Kevin Browning, Def. 5)<br>745 W. 4th Ave., Suite 300<br>Anchorage, AK 99501<br>Tel: 272-1497<br>Fax: 276-3306 | **Joe P. Josephson**<br>(Counsel for ▲ Robert McDonald, Def. 6)<br>912 W. 6th Avenue<br>Anchorage, AK 99501-2024<br>Tel: 276-0151<br>Fax: 276-0155 |
| **Robert M. Herz**<br>(Counsel for ▲ Joshua S. Murphy, Def. 7)<br>425 G Street, Suite 600<br>Anchorage, AK 99501<br>Tel: (907) 277-7171<br>Fax: (907) 277-0281 | **Allan Beiswenger**<br>(Counsel for ▲ Justin Killian, Def. 8)<br>1101 W. 7th Avenue<br>Anchorage, AK 99501<br>Tel: (907) 868-1280<br>Fax: (907) 258-6419 |
| **Thomas Wonnell**<br>(Counsel for ▲Rodney Rhoden, Def. 9 )<br>2600 Denali St., Suite 460<br>Anchorage, AK 99503<br>Tel: 276-8008<br>Fax: 278-8571 | **Scott Sterling**<br>(Counsel for ▲ James R. Ranes, Def. 10 )<br>851 E. Westpoint Drive, Ste. 201<br>Wasilla, AK 99654<br>Tel: (907) 376-8076<br>Fax: 907-376-8078 |
| **Darryl L. Thompson**<br>(Counsel for ▲ William C. Yancey, Def. 16)<br>841 I Street<br>Anchorage, AK 99501<br>Tel: (907)272-9322<br>Fax: (907)277-1373 | **Allen N. Dayan**<br>(Counsel for ▲ Yin Tak Miu, Def. 17)<br>745 West 4th Avenue, Suite 400<br>Anchorage, AK 99501<br>Tel: 277-2330<br>Fax: 277-7780 |

s/ Frank V. Russo

USA v. Ranes et al.
3:06-cr-00041-RRB-JDR                3